UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRA GOFF; TONI BAILEY; VERONICA MOZI, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>          v.<br><br>DATA CHECK OF AMERICA, INC.; DAVE MILES; DOES 1-100,<br><br>                     Defendants. | No.  1:16-cv-000714-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PLAINTIFF VERONICA MOZI<br><br>(Doc. No. 12) |

On October 28, 2016, plaintiffs filed a notice of voluntary dismissal without prejudice of plaintiff Veronica Mozi pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 12.)  Defendants have not filed a responsive pleading in this action.  In light of this, plaintiff Veronica Mozi has been dismissed without prejudice.  S*ee* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the court directs the Clerk of Court to terminate plaintiff Veronica Mozi from this action.

IT IS SO ORDERED.

  Dated:  **October 31, 2016**               /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28