# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRA GOFF, et al., | Case No. 1:16-cv-00714-DAD-SKO |
| Plaintiffs, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 17)** |
| DATA CHECK OF AMERICA, INC., et al., | |
| Defendants. | |

Plaintiffs have filed a Notice of Voluntary Dismissal Without Prejudice, in which Plaintiffs notify the Court of the voluntary dismissal of this case. (Doc. 17.) Plaintiffs filed this notice before any Defendant filed an answer or a motion for summary judgment. As such, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **January 24, 2017**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE